HAROLD CRAWFORD, Respondent, *v.* COUNTY OF SULLIVAN, Appellant.

Submitted April 7, 1947; decided April 17, 1947.

*Elbert N. Oakes* for motion.
*John A. Bonomi* opposed.

Motion for leave to appeal dismissed, with $10 costs and necessary printing disbursements, unless within fifteen days all papers required by rule 21 (subd. b) of the Rules of the Court of Appeals are filed.